1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com
4
                    IN THE UNITED STATES DISTRICT COURT
5                 FOR THE EASTERN DISTRICT OF CALIFORNIA
6
   THE UNITED STATES OF AMERICA,    ) No. 13-mj-0360 CKD
7              Plaintiff,           )
                                    ) STIPULATION MODIFYING
8       v.                          ) PRE-TRIAL RELEASE CONDITIONS
                                    )
9  CAMERON LARSEN,                  )
10             Defendant.            )
   ==============================) Judge: Hon. Kendall J. Newman
11
12      TO: BENJAMIN WAGNER, U.S. Attorney, OLUSERE OLOWOYEYE, Assistant U.S.

13 Attorney:

14      Defendant DUNG NGUYEN, by and through his attorney, Michael D. Long, and the

15 Government, by and through its attorney, Olusere Olowoyeye, stipulate as follows:

16      Pre-trial services officer Beth Wetteland has concluded that defendant Cameron Larsen is

17 in need of counseling for a number of reasons.  We jointly request the court to add the following

18 condition to Mr. Larsen's pre-trial release conditions: "You shall participate in a program of

19 medical or psychiatric treatment, including treatment for drug or alcohol dependency, as

20 approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling

21 services based upon your ability to pay, as determined by the pretrial services officer."

22      All other conditions of release remain in full force and effect.

23 Dated:  February 6, 2014                    Respectfully submitted,

24                                             /s/ Michael D. Long_____
25                                             MICHAEL D. LONG
                                               Attorney for Mr. Larsen
26

27

28

                                    -1-

Dated: February 6, 2014

BENJAMIN WAGNER
United States Attorney

/s/ Olusere Olowoyeye
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
Signed by Mr. Long with the permission
of Mr. Olowoyeye

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 13-mj-0360 CKD
          Plaintiff,                                )
                                                     )  ORDER
    v.                                              )
                                                     )
CAMERON LARSEN,                         )
          Defendant.                            ) Judge: Hon. Kendall J. Newman
==============================)

      IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Cameron Larsen are modified in the following manner:

      "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

      All other conditions of release remain in full force and effect.

Dated:  February 7, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE