MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CAMERON LARSEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>     v.<br><br>CAMERON LARSEN,<br><br>           Defendant. | ) No. 13-360 CKD<br>)<br>) STIPULATION AND [~~PROPOSED~~]<br>) ORDER TO STATUS CONFERENCE<br>)<br>) Date: 8-21-14<br>) Time: 2:00 p.m.<br>) Judge: Hon. Edmund F. Brennan |

==============================)

It is hereby stipulated between the parties, Olusere Olowoyeye, Assistant United States Attorney, and Michael D. Long, attorney for defendant CAMERON LARSEN, that the preliminary hearing set for April 24, 2014, at 2:00 p.m. should be vacated and re-set for August 21, 2014, at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  In mid-December of 2013 the Larsen family suffered through the tragic death of Cameron Larsen's father, Dr. Larsen.  Defense counsel and the government believe it is appropriate to delay proceeding to preliminary hearing or indictment to allow Cameron Larsen and his family to deal with the tragedy, including the emotional and financial consequences of the tragedy.  Cameron Larsen is still attending counseling.  Defense counsel will continue to meet with Mr. Larsen to review discovery provided by the government.  Additionally, defense counsel and the government will engage in negotiations with the goal of settling this matter before the filing of an indictment.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy filing of an indictment and also outweighs the public's interest in the prompt disposition of criminal cases. Each party would like time to be excluded as provided by Local Code T4 from today's date through August 21, 2014, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of August 21, 2014, for the preliminary hearing. The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of his speedy preliminary hearing rights under the law. The parties believe that good cause is hereby shown.

Dated:  April 3, 2014                    Respectfully submitted,

                                         /s/ Michael D. Long
                                         MICHAEL D. LONG
                                         Attorney for Cameron Larsen

Dated:  April 3, 2014                    BENJAMIN WAGNER
                                         United States Attorney

                                         /s/ Olusere Olowoyeye
                                         OLUSERE OLOWOYEYE
                                         Assistant U.S. Attorney

                    ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the preliminary hearing in this matter is hereby re-set for August 21, 2014, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

Dated:  April 4, 2014

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE