1  MICHAEL D. LONG  (CA State Bar #149475)
2  901 H Street, Suite 301
   Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for CAMERON LARSEN

6             IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,       ) No. 13-360 CKD
                  Plaintiff,           )
9                                      ) STIPULATION AND [PROPOSED]
         v.                            ) ORDER TO STATUS CONFERENCE
10                                     )
   CAMERON LARSEN,                     ) Date: 12-12-14 (for plea)
11                                     ) Time: 2:00 p.m.
                  Defendant.           ) Judge: Hon. Carolyn K. Delaney
12 ==============================)

13       It is hereby stipulated between the parties, Olusere Olowoyeye, Assistant United States
14
   Attorney, and Michael D. Long, attorney for defendant CAMERON LARSEN, that (1) a change of
15
   plea hearing set for December 12, 2014, at 2:00 p.m. before Judge Carolyn K. Delaney and (2) the
16
17 preliminary hearing currently set for December 2, 2014, at 2:00 p.m. should be vacated and re-set

18 for December 19, 2014, at 2:00 p.m., before Judge Alison Claire.

19       The parties further agree, pursuant to Fed.R.Crim.Pro. 5.1(c) and (d), that this court should
20
   make a finding of good cause for the requested extension and that in fact good cause is hereby
21
22 shown.

23       The continuance from December 2 to December 12, 2014, is necessary because Mr. Long is
24
   in trial before Judge Robert Twiss of the Sacramento County Superior Court.  The Government has
25
   recently provided a proposed plea agreement that Mr. Long needs to review with Mr. Larsen.
26
27       Mr. Larsen has found full-time employment as a welder and also continues to work on the

28 family farm.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy filing of an indictment and also outweighs the public's interest in the prompt disposition of criminal cases.  Each party would like time to be excluded as provided by Local Code T4 from today's date through December 19, 2014, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of December 12, 2014, for a change of plea hearing and, in case a guilty plea is not entered, a preliminary hearing date set for December 19, 2014.  The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of his speedy preliminary hearing rights under the law.  The parties believe that good cause is hereby shown.

Dated:  December 1, 2014                    Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Cameron Larsen

Dated:  December 1, 2014                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Olusere Olowoyeye
                                            OLUSERE OLOWOYEYE
                                            Assistant U.S. Attorney

///
///
///
///
///
///
///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the change of plea hearing is hereby set for December 12, 2014, at 2:00 p.m., before Judge Carolyn K. Delaney and the preliminary hearing in this matter is hereby re-set from December 2, 2014, to December 19, 2014, at 2:00 p.m., before Magistrate Court Judge Allison Claire.

Dated: December 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE